IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Linda Green, as Personal Representative of the Estate of Nicolette Tanyia Eugenua French, ) ) ) Plaintiff, ) ) v. ) ) Horry County, Horry County Sheriff's Office, Sheriff Phillip Thompson in his individual capacity, Elizabeth Orlando in her individual capacity, Stephen W. Flood in his individual capacity, and Joshua D. Bishop in his individual capacity., ) ) ) ) ) ) ) Defendants.   ) | C/A No. 4:19-03467-MGL-KDW  **ORDER** |

Whereas, the parties are presently bound by the terms of this Court's Confidentiality Order ("Order") entered on June 5, 2020 [ECF No. 64], American Aluminum Accessories, Inc., with the consent of all parties, has moved to modify the Order such that American Aluminum Accessories, Inc., be made a party to the Order, and to be bound by all terms of the Order.

Accordingly, it is this 21st day of December, 2020, ORDERED that the Order be modified as

> **12.    Persons Bound**. This Order shall take effect when entered and shall be binding upon all counsel in this action and their respective law firms and clients. This Order shall also be binding upon American Aluminum Accessories, Inc., and its attorney(s) of record.

Other than the modification ordered herein, all other terms of the Order shall remain in full force and effect.

IT IS SO ORDERED.

December 21, 2020  Kaymani D. West
Florence, South Carolina  United States Magistrate Judge