IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Linda Green, as Personal Representative of the Estate of Nicolette Tanyja Eugenua French,<br><br>            Plaintiff,<br><br> v.<br><br>Horry County, Horry County Sheriff's Office, Sheriff Phillip Thompson in his individual capacity, Elizabeth Orlando in her individual capacity, Stephen W. Flood in his individual capacity, and Joshua D. Bishop in his individual capacity,<br><br>            Defendants. | C/A No. 4:19-03467-MGL-KDW<br><br>**ORDER** |

The parties appeared for a telephone hearing on the three pending motions in this action today, and the undersigned heard arguments from the parties. At this time, the undersigned will hold ruling on the pending "Motion[s] for Protective Order Staying Discovery," ECF Nos. 93, 94, in abeyance. Within 14 days of the entry of this order, the parties are instructed to confer and file a status report on the following topics:

1. The status of Defendant Bishop and Flood's criminal proceedings, knowledge of motions for a speedy trial, and any other pertinent information known by the parties;

2. Whether Plaintiff consents to stipulating that that she will not seek a negative inference from either Defendant Bishop or Defendant Flood's declining to answer any deposition question by asserting his Fifth Amendment rights; and

3. Whether the parties will consent to utilizing written discovery, whether through interrogatories or written deposition questions, as an alternative to in-person depositions.

Upon receipt of such as status report (by only the moving and responding parties), the court will enter a final ruling on the pending Motions.

IT IS SO ORDERED.

March 3, 2021  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge